IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PEGGY K. ATTERBERRY,

    Plaintiff,

vs.                                                        Civ. No. 14-908 KG/KK

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER OF REMAND

Having granted Plaintiff's Motion to Remand to State Court (Doc. 7) by an Order entered contemporaneously with this Order of Remand,

IT IS ORDERED that this matter is remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE